Rev. 10/94

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

In Re:

HARMAN, PERCY GEOFFREY and
HARMAN, LAURA
13-7589683

Case No. B-07-11325

Debtors.

## ORDER FOR UNCLAIMED MONIES

    **IT APPEARING** that a dividend and/or other monies which remain unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case are as hereinafter indicated; and for sufficient reasons appearing, and

    **IT IS, THEREFORE ORDERED THAT** William P. Miller, Trustee in the above-named case, pay to the Clerk, U.S. Bankruptcy Court, the unclaimed monies as hereinafter indicated and that he submit said check to the Bankruptcy Court within ten (10) days from date together with a supplemental report, itemizing said disbursement for unclaimed funds as follows:

| Check No. | Claim No. | Check Date | Claimant / Address | Amount of Unclaimed Funds |
|---|---|---|---|---|
| 127 | 18U | 03/16/10 | Countrywide Home Loans, Inc.<br>c/o Robert B. McNeil, Esquire<br>2600 One Wachovia Center<br>Charlotte, NC 28202 | 6,156.83 |
| | | | TOTAL | $6,156.83 |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re:<br><br>HARMAN, PERCY GEOFFREY and<br>HARMAN, LAURA<br>13-7589683<br><br>Debtors. | Case No. B-07-11325 |

SERVICE LIST

**Michael D. West, Esq.**
**U.S. Bankruptcy Administrator**
**P.O. Box 1828**
**Greensboro, NC  27402**

**William P. Miller, Esq.**
**Chapter 7 Trustee**
**P.O. Box 1550**
**High Point, NC 27261**